UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                         No. C-13-2677 EMC (pr)

ROMAN L. OTERO,

        Plaintiff.                                   **ORDER OF DISMISSAL**

      This action was opened on June 11, 2013, when the Court received from Roman L. Otero a letter concerning his potential transfer to an out-of-state prison. On that date, the Court notified Mr. Otero in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within twenty-eight days. Mr. Otero did not file a complaint or otherwise respond to the notices. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

      IT IS SO ORDERED.

Dated: December 16, 2013

                                                        _____
                                                        EDWARD M. CHEN
                                                        United States District Judge